**DAYTON BAR ASSOCIATION *v.* WILCOXSON.**

[Cite as *Dayton Bar Assn. v. Wilcoxson*, ___ Ohio St.3d ___, 2017-Ohio-7157.]

(No. 2017-0663—Submitted August 8, 2017—Decided August 10, 2017.)

ON APPLICATION FOR REINSTATEMENT.

_____

**{¶ 1}** This cause came on for further consideration upon the filing of a request for reinstatement by respondent, Clinton Ralph Wilcoxson II. The request was not opposed.

**{¶ 2}** Upon consideration thereof, it is ordered by the court that the request is granted and that respondent, Clinton Ralph Wilcoxson II, Attorney Registration No. 0061974, last known address in Vandalia, Ohio, is reinstated to the practice of law in the State of Ohio. It is further ordered that the reinstatement of respondent shall not terminate any pending disciplinary proceedings against respondent.

**{¶ 3}** It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

**{¶ 4}** For earlier case, see *Dayton Bar Assn. v. Wilcoxson*, __ Ohio St.3d __, 2017-Ohio-4206, __ N.E.3d __.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

_____